UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00014

**Henry Lee Givens,**
*Plaintiff,*
v.
**Judge Alfonso Charles,**
*Defendant.*

Before BARKER, *District Judge*

## ORDER

Plaintiff brought this action under 42 U.S.C. § 1983. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell. Doc. 3. Judge Mitchell issued a report and recommendation that the case be dismissed with prejudice for purposes of proceeding *in forma pauperis* on the ground that it is frivolous and for failure to state a claim. Doc. 5. Plaintiff has filed no objections. Therefore, the court need only review the report and recommendation for clear error, abuse of discretion, or legal conclusions contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Having reviewed the report and recommendation, the court finds no clear error, abuse of discretion, or legal conclusions contrary to law. Accordingly, the report and recommendation (Doc. 5) is **adopted**. This case is **dismissed with prejudice** for purposes of proceeding *in forma pauperis* on the ground that it is frivolous and for failure to state a claim. Any outstanding motions are **denied as moot**. The clerk of court is **directed** to close this case.

*So ordered by the court on March 30, 2020.*

J. CAMPBELL BARKER
United States District Judge